IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01361-AP

IZAN E. CORTEZ,

        Plaintiff,

   v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
DOUGLAS A. WEDDELL, ESQ.
Weddell & Haller, P.C.
P.O. Box 636
Colorado Springs, CO 80901
(719) 633-6464
dw@dl-net.com

<u>For Defendant</u>:
JOHN F. WALSH
United States Attorney

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

THOMAS H. KRAUS
Special Assistant United States Attorney
1001 17th Street
Denver, Colorado 80202
(303) 844-0017
tom.kraus@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

      A.      **Date Complaint Was Filed:** 5/24/13

      B.      **Date Complaint Was Served on U.S. Attorney's Office:** 5/31/13

      C.      **Date Answer and Administrative Record Were Filed:** 7/30/13

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

There are no issues with the accuracy or completeness of the administrative record.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

A.      **Plaintiff's Statement:** None anticipated.

B.      **Defendant's Statement:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

This case does not involve unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

None.

**8. BRIEFING SCHEDULE**

Because of workload and scheduling conflicts, the parties respectfully request briefing to commence later than 40 days after the filing of this Joint Case Management Plan, as follows:

      A.      **Plaintiff's Opening Brief Due:** 9/19/13

      B.      **Defendant's Response Brief Due:** 10/17/13

      C.      **Plaintiff's Reply Brief (If Any) Due:** 10/31/13

**9. STATEMENTS REGARDING ORAL ARGUMENT**

  A. **Plaintiff's Statement:** Oral Argument is not requested.

  B. **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

  A. **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

  B. **( X ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

  DATED this 20th day of August, 2013.

                BY THE COURT:

                *S/John L. Kane*
                U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Douglas A. Weddell<br>DOUGLAS A. WEDDELL, ESQ.<br>Weddell & Haller, P.C.<br>P.O. Box 636<br>Colorado Springs, CO 80901<br>(719) 633-6464<br>dw@dl-net.com<br><br>Attorney for Plaintiff | JOHN F. WALSH<br>UNITED STATES ATTORNEY<br><br>J. BENEDICT GARCÍA<br>Assistant United States Attorney<br>United States Attorney's Office<br>District of Colorado<br><br>s/ Thomas H. Kraus<br>By: THOMAS H. KRAUS<br>Special Assistant U.S. Attorney<br>Social Security Administration<br>Office of the General Counsel<br>1001 17th Street<br>Denver, Colorado 80202<br>(303) 844-0017<br>tom.kraus@ssa.gov<br><br>Attorneys for Defendant |