**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**LEWIS T. BABCOCK, JUDGE**

Civil Case No.   13-cv-01361-LTB

IZAN E. CORTEZ,

      Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

      Defendant.

_____

**ORDER**
_____

Upon Defendant's Motion for Entry of Judgment (Doc 22 - filed February 29, 2016),

and the Court having reviewed the file, it is

ORDERED that the Motion is GRANTED.  The Clerk's Office is directed to enter

judgment for Plaintiff pursuant to Fed.R.Civ.P. 58(b).

                    BY THE COURT:

                      s/Lewis T. Babcock
                      Lewis T. Babcock, Judge

DATED:   March 2, 2016